```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIS TORO,

                      **Plaintiff,**

      -against-

JUNK BRANDS COMPANY, LLC,

                      **Defendant.**

-----------------------------------------------------------------X

23-CV-3973 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On May 31, 2023, Plaintiff filed an affidavit of service on Junk Brands Company, LLC. ECF No. 6. As of today, Defendant has not filed a notice of appearance, responsive pleading, or any other motion. No later than July 7, 2023, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendant or made any efforts to confirm receipt of service. The letter should also state whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:     New York, New York
              June 26, 2023